# ATTACHMENT A

## BACKGROUND INFORMATION

**Item 1.**     Information About You

Your Full Name __Juda Levin_____ Social Security No. ▇▇▇▇▇▇▇▇▇

Place of Birth __▇▇▇▇▇▇▇▇_____ Date of Birth __▇▇▇▇__ Drivers License No. ▇▇▇▇▇▇▇▇

Current Address __341 11th Street Lakewood, NJ 08701__ From (Date) ▇▇▇▇▇▇

Rent or Own? ▇▇▇▇▇▇ Telephone No. ▇▇▇▇▇▇▇▇▇▇ Facsimile No. ▇▇▇▇▇▇

E-Mail Address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Internet Home Page _____

Previous Addresses for past five years:

Address __Same_____ Rent or Own? _____ From/Until _____

Address _____ Rent or Own? _____ From/Until _____

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were used __N/A_____

**Item 2.**     Information About Your Spouse or Live-In Companion

Spouse/Companion's Name __Carol Levin_____ Social Security No. ▇▇▇▇▇▇

Place of Birth __▇▇▇▇▇▇_____ Date of Birth __▇▇▇▇_____

Identify any other name(s) and/or social security number(s) your spouse/companion has used, and the time period(s) during which they were used   __N/A_____

Address (if different from yours) __N/A_____

From (Date) __▇▇▇▇__ Rent or Own? __OWN__ Telephone No. ▇▇▇▇▇▇

Employer's Name and Address ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Job Title ▇▇▇▇▇▇▇▇ Years in Present Job ▇▇▇▇▇▇ Annual Gross Salary/Wages $ ▇▇▇▇▇▇

**Item 3.**     Information About Your Previous Spouse

Previous Spouse's Name & Address __N/A_____

_____ Social Security No. _____ Date of Birth _____

**Item 4.**     Contact Information

Page 2                                                                      Initials _JL_

Name & Address of Nearest Living Relative or Friend ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ Lakewood, NJ 08701   Telephone No. ▮▮▮▮▮▮▮▮

**Item 5.**   **Information About Dependents Who Live With You**

▶Name ▮▮▮▮▮▮▮▮▮▮   Date of Birth ▮▮▮▮▮

Relationship  son   Social Security No. ▮▮▮▮▮▮

▶Name ▮▮▮▮▮▮▮▮▮▮   Date of Birth ▮▮▮▮▮

Relationship  daughter   Social Security No. ▮▮▮▮▮▮

▶Name ▮▮▮▮▮▮▮▮▮▮   Date of Birth ▮▮▮▮▮

Relationship  son   Social Security No. ▮▮▮▮▮▮

(4) ▮▮▮▮▮  Dob ▮▮▮  SS# ▮▮▮▮▮
daughter (5) ▮▮▮▮▮  son  SS# ▮▮▮▮▮

**Item 6.**   **Information About Dependents Who Do Not Live With You**

▶Name & Address  N/A

Date of Birth _____ Relationship  None   Social Security No. _____

▶Name Address _____

Date of Birth _____ Relationship _____ Social Security No. _____

▶Name & Address _____

Date of Birth _____ Relationship _____ Social Security No. _____

**Item 7.**   **Employment Information**

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (e.g., health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

▶Company Name & Address  Xacta 3000 Inc. 1955 Swarthmore Ave. Lakewood, NJ 08701

Dates Employed: From (Month/Year)  Sept. '07   To (Month/Year)  March '09

Positions Held with Beginning and Ending Dates  President

**Item 7. continued**

Page 3   Initials ▮▮▮

Income Received: This year-to-date: $ **2010** ███████ : $ _____

20 **09** : $ ███████ : $ _____

**2008** : $ ███████ : $ _____

• Company Name & Address __Hollywood Gadgets 1245 Airport Rd Lakewood NJ 08701__

Dates Employed: From (Month/Year) __June 2005__ To (Month/Year) __August 2007__

Positions Held with Beginning and Ending Dates __President__

Income Received: This year-to-date: $ _____ : $ _____

20 **07** : $ ███████ : $ _____

**2006** : $ ███████ : $ _____

**2005** : $ ███████ : $ _____

• Company Name & Address _____

Dates Employed: From (Month/Year) _____ To (Month/Year) _____

Positions Held with Beginning and Ending Dates _____

Income Received: This year-to-date: $ _____ : $ _____

20 ____ : $ _____ : $ _____

____ : $ _____ : $ _____

**Item 8.**   **Pending Lawsuits Filed by You or Your Spouse**

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency. (List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address __N/A__

Court's Name & Address __NONE__

Docket No. _____ Relief Requested _____ Nature of Lawsuit _____

_____ Status _____

**Item 9.**   **Pending Lawsuits Filed Against You or Your Spouse**

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency. (List

Page 4                                                                                                              Initials _____

lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address __AMERICAN EXPRESS__

Court's Name & Address __NON SUIT Settled__

Docket No. __N/A__ Relief Requested __$250,000—__ Nature of Lawsuit __CREDIT CARD / Collection SUIT__

Status __Settled $140,000 —__

See PAGE (11) ACT #> $40,000 PAID

$100,000 Owed over time payment

### Item 10. Safe Deposit Boxes

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents. *On a separate page, describe the contents of each box.*

| Owner's Name | Name & Address of Depository Institution | Box No. |
|---|---|---|
| N/A | | |

### Item 11. Business Interests

List all businesses for which you, your spouse, or your dependents are an officer or director.

- Business' Name & Address __NONE__

  Business Format (*e.g.*, corporation) _____ Description of Business _____

  _____ Position(s) Held, and By Whom _____

- Business' Name & Address _____

  Business Format (*e.g.*, corporation) _____ Description of Business _____

  _____ Position(s) Held, and By Whom _____

- Business' Name & Address _____

  Business Format (*e.g.*, corporation) _____ Description of Business _____

  _____ Position(s) Held, and By Whom _____

Page 5  Initials __[signature]__

## FINANCIAL INFORMATION: ASSETS AND LIABILITIES

REMINDER: "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

**Item 12.**          Cash, Bank, and Money Market Accounts

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents. The term "cash" includes currency and uncashed checks.

Cash on Hand $ 625.—                Cash Held For Your Benefit $ __None__

| Name on Account | Name & Address of Financial Institution | Account No. | Current Balance |
|---|---|---|---|
| Yehuda and Carol Levin | Chase Bank, 195 Kennedy Blvd., Lakewood NJ 08701 | [redacted] | $ [redacted] |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |

**Item 13.**          U.S. Government Securities

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Name on Account | Type of Obligation | Security Amount | Maturity Date |
|---|---|---|---|
| | N/A | $ | |
| | None | $ | |
| | | $ | |

**Item 14.**          Publicly Traded Securities and Loans Secured by Them

Page 6                                                                 Initials _[signature]_

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Issuer __N/A_____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

▸Issuer _____ Type of Security _____ No. of Units Owned _____

Name on Security _____ Current Fair Market Value $_____ Loan(s) Against Security $_____

Broker House, Address _____ Broker Account No. _____

**Item 15.**   **Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Business Format __N/A_____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

▸Business Format _____ Business' Name & Address _____

_____ Ownership % _____

Owner (e.g., self, spouse) _____ Current Fair Market Value $_____

**Item 16.**   **Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

▸Opposing Party's Name & Address __N/A__   _NONE_____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

▸Opposing Party's Name & Address _____

Court's Name & Address _____ Docket No. _____

Nature of Lawsuit _____ Date of Judgment _____ Amount $ _____

**Item 17.**   **Other Amounts Owed to You, Your Spouse, or Your Dependents**

Page 7                                                                Initials _____

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No. _____

Original Amount Owed $_____ Current Amount Owed $_____ Monthly Payment $_____

**Item 18.**   **Life Insurance Policies**

List all life insurance policies held by you, your spouse, or your dependents.

▸Insurance Company's Name, Address, & Telephone No. __N/A__

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

▸Insurance Company's Name, Address, & Telephone No. _____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

**Item 19.**   **Deferred Income Arrangements**

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Name on Account __N/A__ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

Account No. _____ Surrender Value $_____

▸Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

Account No. _____ Surrender Value $_____

**Item 20.**   **Personal Property**

List all personal property, by category, whether held for personal use or for investment, including but not limited to,

Page 8                                                                               Initials _____

furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost | Current Value |
|---|---|---|---|---|
| Jewelry | Carol Levin | 341 - 11th St. | $ ▅ | $ ▅ |
| Computer Laptop | Carol Levin | 341 - 11th St. | $ ▅ | $ ▅ |
| Furniture | Carol Levin | 341 - 11th St. | $ ▅ | $ ▅ |
|  |  |  | $ | $ |
|  |  |  | $ | $ |
|  |  |  | $ | $ |

**Item 21.**    Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Vehicle Type ▅ Make ▅ Model ▅ Year ▅
Registered Owner's Name ▅ Registration State & No. New Jersey
Address of Vehicle's Location 341 - 11th St. Lakewood NJ 08701
Purchase Price $ ▅ Current Value $ _____ Account/Loan No. ▅
Lender's Name and Address ▅
Original Loan Amount $ ▅ Current Loan Balance $ ▅ Monthly Payment $ ▅

▸Vehicle Type ▅ Make ▅ Model ▅ Year ▅
Registered Owner's Name ▅ Registration State & No. _____
Address of Vehicle's Location 341 - 11th Street Lakewood NJ 08701
Purchase Price $ ▅ Current Value $ _____ Account/Loan No. ▅
Lender's Name and Address _____
Original Loan Amount $ ▅ Current Loan Balance $ ▅ Monthly Payment $ ▅

**Item 21. Continued**

▸Vehicle Type _____ Make _____ Model _____ Year _____

Page 9                                                                   Initials: [signature]

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No. _____

Lender's Name and Address _____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

**Item 22.**     **Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

▸Type of Property __Home_____ Property's Location __341 11th St., Lakewood, NJ 08701__

Name(s) on Title and Ownership Percentages ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Acquisition Date __1982__ Purchase Price $▮▮▮▮ Current Value $▮▮▮▮

Basis of Valuation __Lakewood Twp TAX APPRAISAL__ Loan or Account No. ▮▮▮▮

Lender's Name and Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Current Balance On First Mortgage $▮▮▮▮ Monthly Payment $▮▮▮▮

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

▸Type of Property_____ Property's Location_____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

Lender's Name and Address_____

Current Balance On First Mortgage $_____ Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance $_____

Monthly Payment $_____ Rental Unit?_____ Monthly Rent Received $_____

**Item 23.**     **Credit Cards**

List each credit card held by you, your spouse, or your dependents. Also list any other credit cards that you, your spouse, or your dependents use.

Initials _____

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
|---|---|---|---|---|
| M/C | ■ | Juda Levin | $ ■ | $ ■ |
| M/C | ■ | Juda Levin | $ ■ | $ ■ |
| Amex | ■ | | $ | $ |
| | | | $ Total | $ |
| | | | balance | |
| | | | $ for Amex$ | |
| | | | is [illegible] | |
| | | | $ 250,000 balan | |
| | | | Settled for $140,000 | |

**Item 24.    Taxes Payable**

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| | $ | |
| Real estate tax | $ ■ | yearly |
| Carol Levin owner | $ | |
| | $ | |

**Item 25.    Judgments or Settlements Owed**

List all judgments or settlements owed by you, your spouse, or your dependents.

Opposing Party's Name & Address  N/A   American Express
Court's Name & Address   Non Suit Settlement                   Docket No. _____
Nature of Lawsuit   Credit cards           Date  2008       Amount $ _____
                    See Item #23 Above

**Item 26.**   Other Loans and Liabilities

List all other loans or liabilities in your, your spouse's, or your dependents' names.

►Name & Address of Lender/Creditor __N/A__

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

►Name & Address of Lender/Creditor _____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

## OTHER FINANCIAL INFORMATION

**Item 27.**   Tax Returns

List all federal tax returns that were filed during the last three years by or on behalf of you, your spouse, or your dependents. *Provide a copy of each signed tax return that was filed during the last three years.*

| Tax Year | Name(s) on Return | Refund Expected |
|---|---|---|
| 2008 | Yehuda Levin & Carol Levin | $ ██ |
| 2007 | Yehuda Levin & Carol Levin | $ ██ |
|  |  | $ |

**Item 28.**   Applications for Credit

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted within the last two years. *Provide a copy of each application, including all attachments.*

| Name(s) on Application | Name & Address of Lender |
|---|---|
| N/A |  |
|  |  |
|  |  |

**Item 29.**   Trusts and Escrows

Page 12                                                                Initials _____

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity. *Provide copies of all executed trust documents.*

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| N/A | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

### Item 30. Transfers of Assets

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer. For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property Transferred | Aggregate Value | Transfer Date | Type of Transfer (e.g., Loan, Gift) |
|---|---|---|---|---|
| N/A | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |
| | | $ | | |

Page 13

Initials _____

## SUMMARY FINANCIAL SCHEDULES

**Item 31.**   Combined Balance Sheet for You, Your Spouse, and Your Dependents

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on Hand (Item 12) | $ 625- | Credit Cards (Item 23) | $ 140,000- |
| Cash in Financial Institutions (Item 12) | $ 7369 57/100 | Motor Vehicles - Liens (Item 21) | $ 0 |
| U.S. Government Securities (Item 13) | $ 0 | Real Property - Encumbrances (Item 22) | $ 0 |
| Publicly Traded Securities (Item 14) | $ 0 | Loans Against Publicly Traded Securities (Item 14) | $ 0 |
| Other Business Interests (Item 15) | $ | Taxes Payable (Item 24) | $ 0 |
| Judgments or Settlements Owed to You (Item 16) | $ 0 | Judgments or Settlements Owed (Item 25) SAme As #23 | $ 140,000 |
| Other Amounts Owed to You (Item 17) | $ 0 | Other Loans and Liabilities (Item 26) medical | $ 2000- |
| Surrender Value of Life Insurance (Item 18) | $ 0 | Other Liabilities (Itemize) | |
| Deferred Income Arrangements (Item 19) | $ 0 | TARA PRoduction | $ |
| Personal Property (Item 20) | $ 8300- | -US- LEViN | $ |
| Motor Vehicles (Item 21) | $ Leased | See Attached | $ |
| Real Property (Item 22) Wife owned | $ 0 | Claimed | $ 1,000,000 ∞/xx |
| Other Assets (Itemize) | | | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
| Total Assets | $ 16294 57/100 | Total Liabilities | $ 142,000 |

plus $1,000,000 - Claim

Page 14                                                                     Initials _____

**Item 32.**  Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

| INCOME | | EXPENSES | |
|---|---|---|---|
| Salary - After Taxes *WIFE* | $ [redacted] | Mortgage Payments for Residence(s) | $ [redacted] |
| Fees, Commissions, and Royalties *CONSULTING* | $ 3000 — | Property Taxes for Residence(s) | $ [redacted] |
| Interest | $ 85 | Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $ [redacted] |
| Dividends and Capital Gains | $ 0 | Car or Other Vehicle Lease or Loan Payments | $ [redacted] |
| Gross Rental Income | $ 1300 — | Food Expenses | $ [redacted] |
| Profits from Sole Proprietorships | $ 0 | Clothing Expenses | $ [redacted] |
| Distributions from Partnerships, S-Corporations, and LLCs | $ 0 | Utilities | $ [redacted] |
| Distributions from Trusts and Estates | $ 0 | Medical Expenses, Including Insurance | $ [redacted] |
| Distributions from Deferred Income Arrangements | $ 0 | Other Insurance Premiums | $ [redacted] |
| Social Security Payments | $ 0 | Other Transportation Expenses | $ [redacted] |
| Alimony/Child Support Received | $ 0 | Other Household Expenses | $ [redacted] |
| Gambling Income | $ 0 | Other Expenses (Itemize) | |
| Other Income (Itemize) | | Cleaning Lady | $ [redacted] |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| Total Income | $ [redacted] | Total Expenses | $ [redacted] |

Page 15                                                                                             Initials _____

## ATTACHMENTS

**Item 33.**    Documents Attached to this Financial Statement

List all documents that are being submitted with this financial statement.

Item No. Document
Relates To                                    Description of Document

Your Are in Recept of Tax Returns
                                                         2008
                                                         2007
To be Submitted                                          2009
Law Suit Tara Production vs Levin   Attached

I am submitting this financial statement with the understanding that it may affect action by the Federal Trade Commission or a federal court. I have used my best efforts to obtain the information requested in this statement. The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge. I have provided all requested documents in my custody, possession, or control. I know of the penalties for false statements under 18 U.S.C. § 1001, 18 U.S.C. § 1621, and 18 U.S.C. § 1623 (five years imprisonment and/or fines). I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on:

5-3-10

(Date)                                  X _____
                                        Signature

Page 16                                                          Initials _____